# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Civil Action No. 5:18-cv-463-D

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ) ) ) Plaintiff, ) ) and ) ) MATTHEW ELLIOTT, ) ) Plaintiff-Intervenor, ) ) v. ) ) SOFTPRO, LLC., ) ) Defendant. ) | ORDER |

This cause comes before the Court on the motion of Matthew Elliott to intervene in this matter. Good cause having been shown, the motion is ALLOWED.

SO ORDERED. This the 12 day of December 2018.

_____
JAMES C. DEVER III
United States District Judge