## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) ) ) | **Civil Action No.: 5:18-cv-00463-D** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **and** ) | |
| **MATTHEW ELLIOTT,** ) | |
| ) | **ORDER** |
| **Plaintiff-Intervenor,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SOFTPRO, LLC.,** ) | |
| ) | |
| **Defendant.** ) | |

Upon Motion and good cause appearing, **IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

SO ORDERED. This **28** day of December, 2018.

JAMES C. DEVER III
United States District Judge